IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALLYSON DROZD,                         Case No. 3:17-cv-00556-JR

          Plaintiff,                       ORDER

     v.

JEFFREY McDANIEL, and LARRY GRAHAM, as individuals, and CITY OF PORTLAND,

          Defendants.

HERNÁNDEZ, District Judge:

      Magistrate Judge Russo issued a Findings and Recommendation [90] on December 19, 2019, in which she recommends the Court grant in part and deny in part Defendants' Motion for Summary Judgment [71]. Both Plaintiff and Defendants timely filed objections to the Findings and Recommendation. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered the parties' objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record de novo and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [90]. Accordingly, Defendants' Motion for Summary Judgment [71] is granted in part and denied in part.

IT IS SO ORDERED.

DATED: _____May 14, 2020_____.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER