IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ALLYSON DROZD**

            Plaintiff,

v.

**JEFFREY McDANIEL**,

            Defendant.

No. 3:17-cv-00556-HZ

VERDICT FORM

We, the jury, unanimously find as follows:

### ALL CLAIMS

**Fourth Amendment and First Amendment Claims Against Defendant Jeffrey McDaniel**

Did Plaintiff Allyson Drozd prove by a preponderance of the evidence that they were pepper sprayed by Defendant Jeffrey McDaniel?

    YES _____     NO __X__

If your answer to question 1 is No, then your verdict is for Defendant Jeffrey McDaniel on all claims. Do not answer any further questions. The Presiding Juror should sign and date the verdict form.

Drozd v. McDaniel, No. 3:17-cv-00556-HZ
JURY VERDICT FORM — 1

## CLAIM 1

### Fourth Amendment Claim Against Defendant Jeffrey McDaniel

Did Plaintiff Allyson Drozd prove by a preponderance of the evidence that Defendant Jeffrey McDaniel violated their Fourth Amendment right not to be subjected to excessive force?

YES _____   NO _____

## CLAIM 2

### First Amendment Claim Against Defendant Jeffrey McDaniel

Did Plaintiff Allyson Drozd prove by a preponderance of the evidence that Defendant Jeffrey McDaniel violated their First Amendment rights?

YES _____   NO _____

## DAMAGES

If you answered "YES" to Questions 2 or 3, answer Question 4 about damages. If you answered "NO" to Questions 2 and 3, your verdict is for the Defendant—skip Question 4, and the Presiding Juror should sign and date the verdict form.

What is the monetary value of the harm or damages that Plaintiff Allyson Drozd sustained as a result of Defendant Jeffrey McDaniel's conduct?

Economic Damages:  $ _____

Noneconomic Damages:  $ _____

Nominal Damages:  $ _____

The Presiding Juror should sign and date this Verdict Form.

DATED this __17__ day of June, 2021.

_____
Presiding Juror

Drozd v. McDaniel, No. 3:17-cv-00556-HZ
JURY VERDICT FORM — 2