UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ALLYSON DROZD**                              3:17-cv-00556-HZ

    **PLAINTIFF,**

                                            **JUDGMENT**

  v.

**JEFFREY McDANIEL, as an individual,**

    **DEFENDANT.**

On June 17, 2021, the jury returned a verdict in favor of Defendant Jeffrey McDaniel.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Jeffrey McDaniel and against Plaintiff Allyson Drozd .

Dated this __28__ day of _____June_____, 2021

                                                    _/s/ Marco Hernandez_
                                                 Honorable Marco A. Hernandez